AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

KIMBERLY OWENS-PEARSON et al.
*Plaintiff*
v.
MEMPHIS CITY COUNCIL et al.
*Defendant*

Case No. 2:26-cv-03358-TLP-tmp

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant City of Memphis .

Date: 10/17/2026

/s/ Melody McAnally
*Attorney's signature*

Melody McAnally (25971)
*Printed name and bar number*

Butler Snow LLP
6075 Poplar Ave., Suite 500
Memphis, TN 38119
*Address*

melody.mcanally@butlersnow.com
*E-mail address*

(901) 680-7200
*Telephone number*

(901) 680-7201
*FAX number*

Print Save As... Reset