IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

KIMBERLY OWENS-PEARSON, JUSTIN J. PEARSON, LAJUANA ABRAHAM, JASMINE BERNARD, by and through her guardian ad litem JAMILLE HILL BERNARD, AMBER SHERMAN, and KESHAUN PEARSON,

Plaintiffs,

v.

Case No. 2:26-cv-03358-TLP-tmp

MEMPHIS CITY COUNCIL, CITY OF MEMPHIS, and CHAIRWOMAN SWEARENGEN-WASHINGTON, in her official capacity,

Defendants.

**CITY OF MEMPHIS'S JOINDER IN MEMPHIS CITY COUNCIL AND CHAIRWOMAN SWEARENGEN-WASHINGTON'S OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER**

Defendant City of Memphis (City) joins in Defendants Memphis City Council and Chairwoman Swearengen-Washington's Opposition to Motion for Temporary Restraining Order [ECF No. 22], including the Declaration of Jana Swearengen-Washington in support [ECF No. 23], and adopts and incorporates by reference the law and arguments contained therein as if restated here verbatim.

**RESPECTFULLY SUBMITTED**, this 17th day of October 2026.

/s/ *Gadson W. Perry*
Melody McAnally (TN Bar No. 25971)
Gadson W. Perry (TN Bar No. 30539)
Kathryn K. Van Namen (TN Bar No. 31322)
Andrew B. Schrack (TN Bar No. 37624)
BUTLER SNOW, LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119

(901) 680-7200
(901) 680-7201 (fax)
melody.mcanally@butlersnow.com
will.perry@butlersnow.com
kate.vannamen@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant City of Memphis*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2026, a true and correct copy of the foregoing was filed and served on all counsel of record via the Court's CM/ECF system.

/s/ *Gadson W. Perry*
Gadson W. Perry

103144468.v1