**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE**

---

**KIMBERLY OWENS PEARSON,
JUSTIN J. PEARSON,
LAJUANA ABRAHAM,
JASMINE BERNARD BY AND
THROUGH HER GUARDIAN AD LITEM
JAMILLE HILL BERNARD,
AMBER SHERMAN, and KESHAUN
PEARSON,**

**Plaintiffs,**

**v.**

**Civil Action No. 2:26-cv-03358-TLP-tmp
JURY TRIAL DEMANDED**

**MEMPHIS CITY COUNCIL,
CITY OF MEMPHIS,
CHAIRWOMAN SWEARENGEN-WASHINGTON
IN HER OFFICIAL CAPACITY**

**Defendants.**

---

**NOTICE OF DEFENDANTS' SECURITY PLAN FOR COUNCIL MEETINGS ON OCTOBER 20 AND NOVEMBER 10, 2026**

---

Comes now Defendants, Memphis City Council and Chairwoman Swearengen-Washington, in her official capacity ("Council Defendants"), to give notice, in full disclosure to the Court, that the Council Defendants, acting by and through the Chairman of the Memphis City Council have promulgated and published the Security Plan the attached hereto as Exhibit "A" for its Committee Meetings and Regular Meetings on October 20, 2026 and November 10, 2026.

Respectfully submitted,

**THE WADE LAW FIRM, PLLC**

_/s/ Allan J. Wade________

ALLAN J. WADE (4339)
BRANDY S. PARRISH (21631)
5050 Poplar Avenue, Suite 1028
Memphis, Tennessee 38157
(901) 322-8005
awade@thewadefirm.com
bparrish@thewadefirm.com
Attorneys for Memphis City Council
Chairwoman Swearengen-Washington

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document has been served on all counsel of record, by electronic means of filing with this Court's CM/ECF System on this 19th day of October 2026.

/s/ Allan J. Wade

EXHIBIT "A"

## Allan Wade

**From:** Johnson, Takeyshia <Takeyshia.Johnson@memphistn.gov>
**Sent:** Monday, October 19, 2026 8:00 AM
**Cc:** Swearengen Washington, Jana
**Subject:** ACTION REQUIRED: October 20 Council Meetings | Enhanced Security Procedures

CoM Public

Dear Councilmembers and Staff,

As we prepare for the October 20 Council meetings, I want to share important updates regarding the enhanced security measures developed following the events of October 6.

Over the past week, I have taken a comprehensive approach to evaluating our existing procedures and identifying areas for improvement. This process has included individual conversations with staff, a staff feedback survey, and coordination with leadership at every applicable level, including Chief Winton, DCAO Muse, the Chief of Police, the Lieutenant and Colonel from MPD's Main Street Precinct, which oversees the area surrounding City Hall, City Hall's contracted security supervisor, and Phelps Security, which will provide additional support to the Council.

This work is informed not only by what occurred on October 6, but also by our staff's experiences and concerns. Since that meeting, staff members have received threats, endured concerning phone calls, and expressed serious concerns about their physical safety and emotional well-being. Their feedback has been instrumental in identifying procedural gaps and strengthening our response.

The following measures reflect those conversations, assessments, and coordination efforts. **Please review them carefully. We must all operate under one coordinated security plan.**

### Committee Meetings

- **Security Presence:** Dedicated security coverage will be provided throughout committee proceedings to support Councilmembers and staff.
- **Reserved Seating:** The front row will be reserved for presenters.
- **Staff Seating and Presence:** Staff must sit directly behind their assigned Councilmember during committee meetings to ensure immediate access, clear communication, and accountability in an emergency. Staff must remain in the Committee Room during active proceedings unless their member directs otherwise.
- **Dais Access:** Non-City employees may not approach the dais without authorization from a Councilmember. Members wishing to speak with individuals between meetings should notify security, which will coordinate access. Security will also seek a member's approval before permitting an individual requesting access to approach the dais.
- **Room Access:** Security will conduct inspections of the Committee Room and Chambers before meetings. Both rooms will remain secured until 30 minutes before their respective meetings or until security authorizes entry.

### Chamber Access and Seating

- **Councilmember and Staff Entry/Exit – Effective Immediately:** Councilmembers and staff should use the designated side doors labeled "EXIT" when entering or leaving the Chambers, including during committee meetings and other proceedings. Please avoid the main public entrance and gates separating the dais from the audience. This procedure will remain in effect beyond October 20.

- **Reserved Seating:** The first two rows will be reserved for speakers, honorees, presenters, and media.

- **Podium Relocation:** The public speaking podium will be relocated from the Chamber floor to the area behind the gates near staff seating, facing the audience.

- **Capacity Restrictions:** Attendance will be limited to the occupancy established by the Fire Marshal. Once capacity is reached, no additional individuals will be admitted, and a designated overflow area will be available.

- **Security Screening:** A clear bag policy will be implemented alongside existing screening procedures.

- **Building Access:** Non-City employees will not be permitted to enter through Level 1B.

## Council Office Access – Effective Immediately

**Until further notice, access to the Council office will be limited to individuals with confirmed appointments. Walk-ins and unannounced visits will not be permitted.**

We remain committed to serving constituents and ensuring access to their elected representatives. However, visits must be coordinated in advance so staff and security are aware of who is expected.

Councilmembers and staff are asked to confirm appointments, communicate anticipated visitors, and refrain from granting access to individuals who have not completed this process.

## Public Comment and Rules of Decorum

The Council's comment request cards and Rules of Procedure outline prohibited conduct and the consequences of disruptive behavior. The Chairwoman will reiterate these expectations at the opening of the meeting.

**Any individual ordered removed from the Chambers for disruptive behavior will not be permitted to reenter for the remainder of that meeting.** Security personnel will enforce this directive consistently.

These measures are intended to preserve the public's opportunity to be heard while maintaining safe and orderly proceedings.

## Emergency Evacuation Procedures

**This is the most critical component of our security plan and requires everyone's full cooperation.**

In the event of an emergency or evacuation order, Councilmembers and staff must immediately follow the instructions of designated security personnel.

- **Those seated to the Chairwoman's left must exit through the left-side door.**

- **Those seated to the Chairwoman's right must exit through the right-side door.**

- Do not exit through the gates, enter the public seating area, or use the main Chamber entrance.

- Security will direct everyone through the appropriate secured route based on the nature of the emergency.

- Councilmembers and staff will be escorted to a designated secure location and must remain there until further instructions are provided.
- Do not return to the Chambers until security expressly authorizes reentry.
- Security will communicate whether proceedings may safely resume or whether the meeting must be adjourned.

Security personnel will maintain direct communication with MPD and the City's contracted security teams throughout the day.

**It is imperative that we follow one coordinated evacuation plan.** Using alternate exits, remaining behind, or returning without authorization compromises security's ability to account for everyone and respond effectively.

Additional emergency instructions will be communicated directly to Councilmembers and staff as appropriate.

**Moving Forward**

I recognize these procedures represent a change in how we have traditionally operated, and I appreciate everyone's willingness to make the necessary adjustments.

A great deal of thought, discussion, and coordination has gone into developing this plan. While no security measure can eliminate every risk, I am confident that these steps will better position us to respond effectively and protect those in our care.

**Above all, I am asking that we remain united in our approach to safety.** Regardless of our individual perspectives or past practices, we must have a shared understanding of these procedures and a collective commitment to following them.

My priority is simple: ensuring that Councilmembers, staff, and constituents can conduct business safely and return home to their families.

I welcome any questions or concerns before Tuesday's meetings so they can be addressed proactively.

Thank you for your partnership, trust, and commitment to the safety of our Council, staff, and the constituents we serve.

In service,

Takeyshia

City of Memphis

**Takeyshia Johnson**
Chief Administrative Officer
**Memphis City Council**

125 N. Main St., Suite 514
Memphis, TN 38103-2017
(901) 636-6786
Email: takeyshia.johnson@memphistn.gov
Visit: *website*
View: *meetings*