IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

KIMBERLY OWENS-PEARSON, JUSTIN J. PEARSON, LAJUANA ABRAHAM, JASMINE BERNARD, by and through her guardian ad litem JAMILLE HILL BERNARD, AMBER SHERMAN, and KESHAUN PEARSON,

Plaintiffs,

v. Case No. 2:26-cv-03358-TLP-tmp

MEMPHIS CITY COUNCIL, CITY OF MEMPHIS, and CHAIRWOMAN SWEARENGEN-WASHINGTON, in her official capacity,

Defendants.

---

NOTICE OF SUPPLEMENTAL AUTHORITY

---

Defendant City of Memphis (City) hereby submits the following supplemental authority in further support of its opposition to Plaintiffs' Emergency Motion for a Temporary Restraining Order (ECF 2): ***Biggs-Leavy v. Lewis***, No. 24-1317, 2025 WL 451369 (6th Cir. Feb. 10, 2025).

**RESPECTFULLY SUBMITTED**, this 19th day of October 2026.

/s/ *Melody McAnally*
Melody McAnally (TN Bar No. 25971)
Gadson W. Perry (TN Bar No. 30539)
Kathryn K. Van Namen (TN Bar No. 31322)
Andrew B. Schrack (TN Bar No. 37624)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
(901) 680-7200
(901) 680-7201 (fax)
melody.mcanally@butlersnow.com
will.perry@butlersnow.com
kate.vannamen@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant City of Memphis*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, a true and correct copy of the foregoing was filed and served on all counsel of record via the Court's CM/ECF system.

/s/ *Melody McAnally*
Melody McAnally

103157072.v1