**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

**KIMBERLY OWENS PEARSON,**
**JUSTIN J. PEARSON,**
**LAJUANA ABRAHAM,**
**JASMINE BERNARD BY AND**
**THROUGH HER GUARDIAN AD LITEM**
**JAMILLE HILL BERNARD,**
**AMBER SHERMAN, and KESHAUN**
**PEARSON,**

**Plaintiffs,**

**v.**

**Civil Action No. 2:26-cv-03358-TLP-tmp**
**JURY TRIAL DEMANDED**

**MEMPHIS CITY COUNCIL,**
**CITY OF MEMPHIS,**
**CHAIRWOMAN SWEARENGEN-WASHINGTON**
**IN HER OFFICIAL CAPACITY**

**Defendants.**

## NOTICE OF FILING OF NOTICE TO YOLANDA COOPER-SUTTON AND CLARIFICATION

Comes now Defendants, Memphis City Council and Chairwoman Swearengen-Washington, in her official capacity ("Council Defendants"), to give notice, in full disclosure to the Court, that a copy of the notice addressed to Councilwoman Cooper-Sutton is attached hereto as Exhibit "A."

Upon further review of the suspension notice, Defendants' counsel has determined that counsel's prior understanding of the scope of the sanction was incorrect. The notice provides that Councilwoman Cooper-Sutton is suspended from serving as chair and presiding over her assigned committee meetings on October 20 and November 10, 2026. The Council's disciplinary

authority extends to committee assignments and committee leadership positions, but not to suspending an elected Council member from representing her district, attending Council meetings, or voting on matters before the Council. Accordingly, the notice affects only Councilwoman Cooper-Sutton's committee functions and does not prevent her from carrying out the duties of her elected office. Defendants submit this notice to correct the record. Notwithstanding this issue, Defendants assert that the Complaint fails to articulate a claim challenging the suspension on prior restraint grounds. Plaintiffs' prior restraint allegations are tied to the challenge to the so-called speech restriction policy

. Respectfully submitted,

**THE WADE LAW FIRM, PLLC**

/s/ Allan J. Wade
ALLAN J. WADE (4339)
BRANDY S. PARRISH (21631)
5050 Poplar Avenue, Suite 1028
Memphis, Tennessee 38157
(901) 322-8005
awade@thewadefirm.com
bparrish@thewadefirm.com
Attorneys for Memphis City Council
Chairwoman Swearengen-Washington

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document has been served on all counsel of record, by electronic means of filing with this Court's CM/ECF System on this 19th day of October 2026.

/s/ Allan J. Wade

EXHIBIT "A"

City of Memphis

Jana Swearengen-Washington
CHAIRWOMAN

**TO:** **Councilwoman Yolanda Cooper-Sutton**

**FROM:** **Chairwoman Jana Swearengen-Washington**

**DATE:** **October 8, 2026**

**SUBJECT:** **Notice of 30-Day Suspension of Committee Duties for Violation of Decorum**

Councilwoman Cooper-Sutton,

Due to your violation of the Council's rules of decorum stemming from disruptive verbal remarks made at the October 6, 2026 Regular Council Meeting, I am hereby imposing a 30-day suspension of your committee duties as Chair of Libraries and Neighborhood Improvement Committee and Vice Chair of Public Services, Arts and Youth Initiatives Committee.

The City Council passed a resolution in 2020 regarding rules of decorum that must be observed by Councilmembers when engaging with Councilmembers, staff and the general public. In Section D (Decorum in Council Meetings), subsection 35a. of the Council Rules of Procedure, the rules state:

> 35. Meetings of the Council shall be conducted in an orderly manner to ensure the public has a full opportunity to be heard and the deliberative process of the Council is retained at all times. The Presiding Officer shall be responsible for maintaining decorum throughout the meeting. If a Councilmember feels that the Presiding Officer has failed to address a breach of decorum, the Councilmember may by motion appeal to the Chairperson to preserve decorum.
>
> a. Councilmembers. The members of the City Council shall preserve order and decorum, and a member shall not by conversation or other means delay or interrupt the Council proceedings or disturb any other member while speaking and obey the orders of the Presiding Officer. Councilmembers addressing the public, Administrative Staff, Council Staff or other Councilmembers shall do so in an orderly manner and shall not make personal, impertinent, slanderous or profane remarks to any member of the Council, staff or general public. Any Councilmember who makes such remarks, or who utters loud, threatening, personal or abusive language, or engages in any other disorderly conduct which disrupts, disturbs or otherwise impedes the orderly conduct of any Council meeting shall, at the discretion of the presiding officer, be asked to refrain from such behavior. If the behavior persists, the Chairperson with the approval or majority vote of the body shall determine how to proceed with the meeting.

It is incumbent upon us as Councilmembers and elected officials to engage with everyone in a decent and professional manner. We cannot violate decorum as set forth in our rules, regardless of the behavior of others or the stressful conditions that may arise during our meetings. This 30-day suspension of committee duties shall include the Council Committee Meetings on October 20, 2026, and November 10, 2026. This does not impact your ability to attend the meetings on these dates. I appreciate your passion for and commitment to the citizens of Memphis and look forward to our continued collaboration as we conduct the legislative business of the City of Memphis.

Yours in Service,

Jana Swearengen-Washington

Jana Swearengen-Washington
Chairwoman