**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

---

**KIMBERLY OWENS PEARSON,**
**JUSTIN J. PEARSON,**
**LAJUANA ABRAHAM,**
**JASMINE BERNARD BY AND THROUGH HER GUARDIAN AD LITEM JAMILLE HILL BERNARD,**
**AMBER SHERMAN, and KESHAUN PEARSON,**

**Plaintiffs,**

**v.**

**Civil Action No. 2:26-cv-03358-TLP-tmp**
**JURY TRIAL DEMANDED**

**MEMPHIS CITY COUNCIL,**
**CITY OF MEMPHIS,**
**CHAIRWOMAN SWEARENGEN-WASHINGTON IN HER OFFICIAL CAPACITY**

**Defendants.**

---

## LIMITED NOTICE OF FILING OF STATUS REPORT BY COUNCIL DEFENDANTS

Comes now Memphis City Council and Chairwoman Swearengen-Washington, in her official capacity, who are named as Defendants in the Complaint ("Council Defendants"), to submit this limited notice of filing a status report of the Regular Council Meting next following the issuance of the Court's TRO Order on October 19, 2026.

To the extent the Court seeks a status about the Council Defendants' compliance with the Court's TRO Order, the Council Defendants refer the Court to the Youtube video recording of the meeting until it was adjourned. The link to that video recording is:

**Youtube:**

**https://www.youtube.com/live/RoHDXkc74uw?si=u-PsK9XbKjgi4Q0E**.

Council Defendants have been informed that more video evidence exists of the activities of the persons in attendance in the Council Chambers, but that video could not be produced at the time this report was filed. However, a news article may provide some insights into what transpired at the meeting.

Defendants assert that they have yet to be served with summonses or the Complaint in accordance with the Federal Rules of Civil Procedure as of the time of this filing; and, therefore, Defendants have not yet been made proper parties to this action. By filing this limited notice, Council Defendants do not appear generally or make any admissions and specifically reserve the right to address all issues related to the Council Defendants' jurisdictional, procedural and/or substantive rights and all other defenses to the Complaint. This limited notice is made without waiving, and expressly preserving, any and all defenses, including but not limited to objections to personal jurisdiction, improper venue, and insufficiency of process or service of process.

.

Respectfully submitted,
**THE WADE LAW FIRM, PLLC**

_/s/ Allan J. Wade________
ALLAN J. WADE (4339)
BRANDY S. PARRISH (21631)
5050 Poplar Avenue, Suite 1028
Memphis, Tennessee 38157
(901) 322-8005
awade@thewadefirm.com
bparrish@thewadefirm.com
Attorneys for Memphis City Council
Chairwoman Swearengen-Washington

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document has been served on all counsel of record, by electronic means of filing with this Court's CM/ECF System on this 28th day of October 2026.

/s/ Allan J. Wade

EXHIBIT "A"

Daily Memphian

CITY OF MEMPHIS

# City Council votes down indefinite data center pause

By Bill Dries and Mary Evans, Daily Memphian

Updated: October 21, 2026 9:47 AM CT | Published: October 20, 2026 10:38 PM CT

62 comments




**A line forms outside Memphis City Hall for am Oct. 20 City Council meeting.** (Mary Evans/The Daily Memphian)

00:00 06:17

1.0x

||ElevenLabs

Our audio player uses an automated voice, which may mispronounce words and names or fail to reflect the tone of an article.

*Editor's note: This article has been updated to remove a paragraph that mischaracterized a conversation between a council member and a citizen.*

With heavier security, council rules partially banned by a federal court ruling, lots of raised voices, a standing-room-only crowd of hundreds and a faulty sound system, the Memphis City Council gave final approval Tuesday, Oct. 20, to a move toward developing land-use standards and regulations for new data centers.

And the measure comes with a 135-day moratorium on new data centers.

But the council also defeated a call for an indefinite, stand-alone moratorium to try to bring public reaction along with the development of the regulations and possibly go broader than land use.

---

City Council asks ICE, National Guard to leave Memphis

---

As the council took the decisive votes near the end of a 5½-hour meeting, the crowd that packed the chambers stood, yelled and harangued council members.

It came two weeks after the same reaction to a vote to delay a decision on the moratorium proposal by the council that prompted council chairwoman Jana Swearengen-Washington to recess the meeting and call police to clear council chambers.

The land-use ordinance that passed on third and final reading was proposed by Council members Rhonda Logan and Dr. Jeff Warren in a substitute version of the original that was passed out during council committees earlier in the council day.

That prompted Council member Jerri Green to call for a two-week delay that was voted down on a 4-7 decision.

Warren insisted the version wasn't that different from the originals.

**Mary Evans**
@mevans901 · **Follow**

City council denies data moratorium 6-6

Watch on X




**Attendees at an Oct. 20 Memphis City Council meeting raise signs pushing the council to vote on a data center moratorium.** (Mary Evans/The Daily Memphian)

"This starts writing regulations," he said. "We're doing this at the advice of people who know what's going on."

"If you are telling me it is this ordinance plus another ordinance, it is not the same ordinance," Green replied. "It is a new ordinance. When we do things fast, we do things wrong."

And just before the vote, as the packed crowd was standing and many were shouting over the council, Logan went back and forth with some of those shouting at her.

"I am the only person who put forth an ordinance from the beginning that addressed the purview of the council," she said. "What you talk about is outside. … The only thing we can do is land use."

She said SpaceXAI CEO Elon Musk didn't get a permit from the council for the city's first artificial intelligence data center despite several speakers who insisted that was the case. The council does not grant building permits.




**Attendees at an Oct. 20 Memphis City Council meeting raise their thumbs after a breast cancer agenda item against data centers.** (Mary Evans/The Daily Memphian)

"He saw some land. He bought the land. He opened the facility because it was zoned industrial. You've got to go read," she said. "We are fighting for you. But you are opposing those fighting for you. I'm not going to play with you in your face; I'm going to tell you."

The two votes brought the chaos and frustration already present in council chambers to a full boil.

Two women were escorted out after shouting profanities during council discussion and debate about an earlier resolution calling for the removal of Immigration and Customs Enforcement agents and the National Guard from the Memphis Safe Task Force.

No one was escorted out on data centers.

Activist Amber Sherman, who was among those Swearengen-Washington banned from council sessions after the Oct. 6 meeting, said the council's position was to "accept crumbs, lies and pollution" for money.




**A woman was kicked out of an Oct. 20 Memphis City Council meeting for using expletives.** (Mary Evans/The Daily Memphian)

"We aren't antibusiness. But we are anti-exploitation. Supporting a pause for data centers is a vote for supporting the people," Sherman said.

A group of activists, including 17-year-old Jasmine Bernard, linked arms and chanted songs after the vote, refusing to leave after the meeting's end.

At that point, Memphis police officers lined up to the front of the room to regulate the crowd while council members were being escorted out.

The council had multiple ordinances and resolutions about the issue of data centers on its agenda.

The council delayed for two weeks action on Council member Philip Spinosa's ordinance on specific terms for data centers in place of a moratorium. Spinosa said earlier the delay was to continue working on the technical and complex regulations in place of a moratorium.

## Council approves SpaceXAI revenue plan

Meanwhile, the council approved a plan to spend more than $3.2 million in property tax revenue from Colossus, the first of two SpaceXAI data centers in Memphis, and the neighborhoods around it. The amount represents 25% of the property tax revenues the city has collected from the data center in the previous fiscal year.

The city's Community Benefit ordinance, passed by the council last year, sets aside the money for those areas. The largest amount of the money, $1.4 million, goes toward home renovations and repairs in the area.




**Attendees who were not let in to an Oct. 20 Memphis City Council session watch screens with the meeting projected on it.** (Mary Evans/The Daily Memphian)

Another $359,282 is a pool for grants, with $50,000 of that going toward health needs.

“I look at this as the first form of participatory budgeting that we’ve done,” Mayor Paul Young told the council Tuesday in committee sessions as he presented the proposal for approval.

Young estimates the amount in the next fiscal year could be $6.6 million to take in the original plant on Paul Lowry Road as well as the later plant on Tulane Road near the Tennessee-Mississippi state line.

The council also passed on the first of three readings an ordinance by Warren to set up a Community Benefit Agency. The agency would oversee other funding from the data

centers that's not tax revenue but money Warren envisions the city getting if it puts in place a fee based on the centers' power usage.

He likened the agency to an airport authority and said the council would need a state law passed to allow for such fees. Warren's plan is for the council to pass the ordinance and then take it to the Tennessee General Assembly.

**TOPICS**

DATA CENTER MORATORIUM DATA CENTERS MEMPHIS CITY COUNCIL

## Bill Dries on demand

Never miss an article. Sign up to receive Bill Dries' stories as they're published.

Following
unfollow



**Bill Dries**

Bill Dries covers city and county government and politics. He is a native Memphian and has been a reporter for almost 50 years covering a wide variety of stories from the 1977 death of Elvis Presley and the 1978 police and fire strikes to numerous political campaigns, every county mayor and every Memphis Mayor starting with Wyeth Chandler.



**Mary Evans**

Mary Evans reports on public safety for The Daily Memphian. She previously wrote for the Clarion-Ledger and got her start at Ole Miss' The Daily Mississippian. When she's not in a courtroom or cheering on the Rebs, you can find her trying new recipes from The New York Times, running in Overton Park or scavenging for treasure in estate sales.