**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**KIMBERLY OWENS-PEARSON, JUSTIN J. PEARSON, LAJUANA ABRAHAM, JASMINE BERNARD, by and through her guardian ad litem JAMILLE HILL BERNARD, AMBER SHERMAN, and KESHAUN PEARSON,**

**Plaintiffs,**

**v.** **Case No. 2:26-cv-03358-TLP-tmp**

**MEMPHIS CITY COUNCIL, CITY OF MEMPHIS, and CHAIRWOMAN SWEARENGEN-WASHINGTON, in her official capacity,**

**Defendants.**

---

**NOTICE OF SERVICE**

---

PLEASE TAKE NOTICE that Defendant City of Memphis, by and through counsel, has this date served the below discovery requests upon counsel of record in this cause:

1. First Set of Requests for Production of Documents to Plaintiff Kimberly Owens-Pearson;
2. First Set of Requests for Production of Documents to Plaintiff Justin J. Pearson;
3. First Set of Requests for Production of Documents to Plaintiff Lajuana Abraham;
4. First Set of Requests for Production of Documents to Plaintiff Jasmine Bernard;
5. First Set of Requests for Production of Documents to Plaintiff Amber Sherman; and
6. First Set of Requests for Production of Documents to Plaintiff Keshaun Pearson;

**RESPECTFULLY SUBMITTED**, this the 13th day of November 2026.

/s/ *Melody McAnally*

Melody McAnally (TN Bar No. 25971)
Gadson W. Perry (TN Bar No. 30539)
Kathryn K. Van Namen (TN Bar No. 31322)
Andrew B. Schrack (TN Bar No. 37624)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
(901) 680-7200
(901) 680-7201 (fax)
melody.mcanally@butlersnow.com
will.perry@butlersnow.com
kate.vannamen@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant City of Memphis*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2026 a copy of the foregoing document has been filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via electronic mail and/or first-class United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

/s/ *Melody McAnally*
Melody McAnally